STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 08-6 c/w 08-3, 08-4, 08-5, 08-7, 08-8,
08-12, 08-13, 08-14, 08-15, 08-47

BROUSSARD PHYSICAL THERAPY

VERSUS

FLEETWOOD TRANSPORTATION SERVICES, INC. AND AMERICAN
INTERSTATE INSURANCE CO.

**********

ON APPLICATION FOR SUPERVISORY WRITS
FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 02, NO. 07-00243
HONORABLE JAMES L. BRADDOCK, JUDGE

**********

J. DAVID PAINTER

**********

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.

AFFIRMED.

Charles S. McCowan, Jr.
M. Dwayne Johnson
Todd A. Rossi
Jennifer Jones Thomas
P.O. Box 3513
Baton Rouge, LA 70821
Counsel for Third Party Defendants-Relators:
        Concentra Integrated Services and
        Focus Healthcare Management, Inc.

Bray Williams
P.O. Box 15
Natchitoches, LA 71458
Counsel for Plaintiff-Respondent:
        Broussard Physical Therapy

H.O. Lestage, III
P.O. Box 880
DeRidder, LA 70634
Counsel for Defendant-Third Party Plaintiff-Respondent:
        American Interstate Insurance Co.

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Broussard Physical Therapy v. Family Dollar Stores, Inc.*, 08-3 (La.App. 3 Cir. __/__/08), ___ So.2d. ___, the judgment of the Office of Workers' Compensation is affirmed.  Costs of this application are assessed to the Relator.

AFFIRMED.